Exhibit A

# IN THE CIRCUIT COURT FOR PUTNAM COUNTY, TENNESSEE

REBECCA R. BAKER,          )
                             )
      Plaintiff,            )
                             )
vs.                          )
                             )
HOMEGOODS, INC., THE TJX    )
COMPANIES, INC., RP JACKSON  )
PLAZA, LLC, RISE PARNTERS, LLC, )
DBS CORPORATION, and ARTECH )
DESIGN GROUP, INC.          )
      Defendant.           )

No. 2020CV146
JURY DEMAND

Filed 8-13-20
Time 3:34 p M
Jennifer Wilkerson, Clerk
By _____ MLO D.C

---

## COMPLAINT

---

Comes now the Plaintiff, Rebecca R. Baker ("Ms. Baker") and for her cause of action would show unto this Honorable Court as follows:

1.     Rebecca R. Baker is a citizen and resident of Greenville, Kentucky.

2.     The incident which is the subject of this lawsuit occurred at the HomeGoods store located in Jackson Plaza 377 West Jackson St., Cookeville, TN 38501.

3.     Defendant HomeGoods, Inc. is a duly authorized foreign corporation operating and doing business in the state of Tennessee including at Jackson Plaza, 377 West Jackson Street, Cookeville, TN 38501. HomeGoods, Inc. may be served with process through its Registered Agent CT Corporation System, 300 Montvue Rd., Knoxville, TN 37919-5546.

4.     Defendant The TJX Companies, Inc. is a duly authorized foreign corporation operating and doing business in the state of Tennessee. On information and belief, Defendant The TJX Companies, Inc. owns and operates HomeGoods, Inc., including their store at Jackson Plaza,

1

377 West Jackson Street, Cookeville, TN 38501. The TJX Companies, Inc. and may be served with process through its Registered Agent CT Corporation System, 300 Montvue Rd., Knoxville, TN 37919-5546.

5.     RP Jackson Plaza, LLC is a Tennessee limited liability company and is the owner of the building and real property at Jackson Plaza 377 West Jackson St., Cookeville, TN 38501, including the location of the HomeGoods store where the incident at issue occurred. RP Jackson Plaza, LLC may be served with process through its Registered Agent Geoffrey W. Smith, Volunteer Building, Suite 507, 832 Georgia Ave, Chattanooga, TN 37402-2227.

6.     Rise Partners, LLC is a Tennessee limited liability company and, on information and belief, is the developer, leasing agent, and property manager for the buildings and real property at Jackson Plaza 377 West Jackson St., Cookeville, TN 38501, and in particular the location of the HomeGoods store where the incident at issue occurred. Rise Partners, LLC may be served with process through its Registered Agent Patrick Mitchell, Suite 1200, 832 Georgia Ave, Chattanooga, TN 37402-2285.

7.     DBS Corporation is a Tennessee corporation and was the general contractor for the building located at Jackson Plaza 377 West Jackson St., Cookeville, TN 38501 including the HomeGoods store where the incident at issue occurred. DBS Corporation may be served with process through its Registered Agent George T. Bright, Suite 400, 537 Market Street, Chattanooga, TN 37402-1287.

8.     Artech Design Group, Inc. is a Tennessee corporation and was, on information and belief, the architect for a remodel of the bathroom of the HomeGoods store where the incident at issue occurred. Artech Design Group, Inc. may be served with process through its Registered Agent J. David Hudson 1410 Cowart St. Chattanooga, TN 37408-1113

2

9.     At all relevant times hereto, the Defendant HomeGoods, Inc. own(ed) and/or operate(d) the HomeGoods business located at Jackson Plaza 377 West Jackson St., Cookeville, TN 38501 and had a responsibility to maintain that premises in a safe manner for the safety and well-being of patrons entering the premises.

10.    At all relevant times hereto, on information and belief, The TJ X Companies, Inc. own(ed) and/or operate(d) HomeGoods, Inc. and the HomeGoods business located at Jackson Plaza 377 West Jackson St., Cookeville, TN 38501 and had a responsibility to maintain that premises in a safe manner for the safety and well-being of patrons entering the premises.

11.    At all relevant times hereto, RP Jackson Plaza, LLC owned the building in which HomeGoods, Inc. operated at Jackson Plaza 377 West Jackson St., Cookeville, TN 38501 and had a responsibility to maintain that premises in a safe manner for the safety and well-being of patrons entering the premises.

12.    At all relevant times hereto, Rise Partners, LLC, on information and belief, was the developer, leasing agent, and property manager for the buildings and real property at Jackson Plaza 377 West Jackson St., Cookeville, TN 38501, and in particular the location of HomeGoods, Inc. where the incident at issue occurred and had a responsibility to maintain that premises in a safe manner for the safety and well-being of patrons entering the premises.

13.    At all relevant times hereto, DBS Corporation was the general contractor for the building located at Jackson Plaza 377 West Jackson St., Cookeville, TN 38501 including the HomeGoods store where the incident at issue occurred and had a responsibility to construct the premises in a safe manner for the safety and well-being of patrons entering the premises.

14.    At all relevant times hereto, on information and belief, Artech Design Group, Inc. was the architect for the remodel of the building located at Jackson Plaza 377 West Jackson St.,

3

Cookeville, TN 38501 including the HomeGoods store where the incident at issue occurred and had a responsibility to design the premises in a safe manner for the safety and well-being of patrons entering the premises.

15.     On information and belief, at all relevant times hereto, the employees of each of the named Defendants herein acted within the course and scope of their employment.

16.     At all times relevant hereto, Ms. Baker was a licensee, invitee and/or business guest/patron of Defendants.

17.     On or about August 17, 2019, Ms. Baker was injured when she tripped over a bathroom doorstop and fell in the ladies' restroom of the HomeGoods store at Jackson Plaza 377 West Jackson St., Cookeville, TN 38501.

18.     Ms. Baker fell to floor with great force and impact, causing her to suffer serious and debilitating physical injuries.

19.     At the time of Ms. Baker's fall and immediately prior thereto the bathroom floor was in a dangerous condition due to the height, size, and location of the doorstop.

20.     The Defendants, by and through their employees, created, maintained, controlled, knew, and/or reasonably should have known of the dangerous condition of the bathroom floor prior to and at the time of Ms. Baker's fall.

21.     The Defendants knew and/or reasonably should have known of the condition of the bathroom floor for a sufficient amount of time prior to Ms. Baker's fall for the Defendants, in the exercise of due care, to make sure that licensees, invitees, and business guests/patrons, including Ms. Baker, were warned of the condition. No warning of the condition of the floor was provided for patrons entering bathroom before they reached the hazard.

4

22.     The Defendants owed a duty of care to Ms. Baker as a licensee, invitee and/or business guest/patron upon the premises. This duty included: (1) the duty to maintain the premises in a reasonably safe condition; (2) the duty to inspect the premises to discover dangerous conditions; (3) the duty not to create a dangerous condition; and (5) the duty either to remove or adequately warn of the dangerous condition. The Defendants breached these duties.

23.     As a direct and proximate result of the breach of these duties Ms. Baker suffered painful and permanent injuries, has incurred and will continue to incur medical expenses, has suffered a loss of enjoyment of life past, present and future, has incurred incidental expenses, inconvenience, mental anguish, has lost wages and suffered a loss of earning capacity. Ms. Baker seeks damages for the above losses from Defendant and all other damages allowed under Tennessee law.

**WHEREFORE, PLAINTIFF DEMANDS:**

1.     That proper process issue requiring the Defendants to answer this Complaint in the time prescribed by law;

2.     Recovery for losses, in the form of compensatory damages, awarded to Ms. Baker, in an amount to be determined by a jury, but not to exceed $750,000.00;

3.     That a jury of six (6) be empanelled to try this matter.

4.     For any and all general relief to which Ms. Baker is entitled to under the laws of the State of Tennessee.

Respectfully submitted,

Rebecca C. Blair, BPR# 017939
1608 Westgate Circle, Suite 100
Brentwood, Tennessee 37027
(615) 953-1122
rblair@blair-law.com
Attorney for Plaintiff

6

IN THE CIRCUIT COURT OF PUTNAM COUNTY, TENNESSEE

| | | |
|---|---|---|
| REBECCA R. BAKER, | ) | |
| | ) | DOCKET NO: 2020-CV-146 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOMEGOODS, INC., THE TJX | ) | |
| COMPANIES, INC., RP JACKSON | ) | |
| PLAZA, LLC, RISE PARTNERS, LLC, | ) | |
| DBS CORPORATION, and ARTECH | ) | |
| DESIGN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Filed 8-31-20
Time 1:59 P M
Jennifer Wilkerson, Clerk
By _____ D.C

## NOTICE OF APPEARANCE

COMES now Alaric A. Henry and the law firm of Luther-Anderson, PLLP and enters an appearance on behalf of the Defendants, HomeGoods, Inc. and The TJX Companies, Inc., in the above-styled case providing they are properly served and before the Court.

Respectfully submitted,

**LUTHER - ANDERSON, PLLP**

BY: _____

ALARIC A. HENRY, BPR# 14885
*Attorneys for HomeGoods and TJX*
One Union Square, Suite 700
100 W. Martin Luther King Blvd.
Chattanooga, Tennessee 37402
(423) 756-5034
(423) 265-9903 (fax)
aah@lutheranderson.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following named person with a true and exact copy of this Notice of Appearance by placing same in the United States Mail, addressed to said counsel at his/her office with sufficient postage thereupon to carry the same to its destination at the following address:

Rebecca C. Blair
The Blair Law Firm
1608 Westgate Circle, Suite 100
Brentwood, TN 37027

This _____25_____ day of _____August_____, 2020.

LUTHER - ANDERSON, PLLP

BY:_____

IN THE CIRCUIT COURT FOR PUTNAM COUNTY, TENNESSEE
AT COOKVILLE

REBECCA R. BAKER, )
)
     Plaintiff, )
)
vs. )
)   DOCKET NO.: 2020-CV-146
)   JURY DEMAND
)
HOMEGOODS, INC., THE TJX )
COMPANIES, INC., RP JACKSON )
PLAZA, LLC, RISE PARTNERS, LLC, )
DBS CORPORATION, and ARTECH )
DESIGN GROUP, INC. )
)
     Defendants. )

Filed  8-3-20
Time  1137  P  M
Jennifer Wilkerson Clerk
By      D.C

## NOTICE OF APPEARANCE

Raymond D. Lackey hereby gives notice of his appearance as attorney of record for Defendant

DBS Corporation. This notice is not a general appearance as all issues related to service of process,

jurisdictional, procedural and/or substantive rights, defenses or contentions, including statutory limitation

of actions, are specifically reserved.

Respectfully submitted,

Raymond D. Lackey    #11032
Attorney for Defendant DBS Corporation
David J. Sneed & Associates
**Mailing Address:** P.O. Box 2903
Hartford, CT 06104-2903
**Physical Address:** 6640 Carothers Parkway,
Suite 200
Franklin, TN 37067
615-660-6202
rlackey@travelers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been mailed, via U.S. Mail, postage pre-paid, to Ms. Rebecca C. Blair, Attorney for Plaintiff, 1608 Westgate Circle, Suite 100, Brentwood, Tennessee 37027, on this the 28th day of August, 2020.

Raymond D. Lackey

# IN THE CIRCUIT COURT FOR PUTNAM COUNTY, TENNESSEE

REBECCA R. BAKER.                         )
                                          )
    Plaintiff,            )
                                          )
vs.                                       )
                                          )  No. 2020CV146
HOMEGOODS, INC., THE TJX COMPANIES,       )  **JURY DEMAND**
INC., RP JACKSON PLAZA, LLC, RISE         )
PARTNERS, LLC, DBS CORPORATION and        )
ARTECH DESIGN GROUP, INC.                 )
                                          )
    Defendants.           )

Filed 9-4-20
Time 11:55 P M
Jennifer Wilkerson, Clerk
By _____ D.C

## NOTICE OF APPEARANCE

Please note the appearance of attorney Jefferson C. Orr for Defendant Artech Design Group, Inc. in the above-captioned matter.

          Respectfully submitted,

          Jefferson C. Orr, BN BPR No. 12743
          SMITH CASHION & ORR, PLC
          3100 West End Avenue
          Suite 800 – One American Center
          Nashville, TN 37203
          (615) 742-8565 – Tel
          jorr@smithcashion.com
          *Attorney for Defendant Artech Design Group, Inc.*

364914.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 2nd day of September, 2020, a true and exact copy of the foregoing has been forwarded via electronic mail and/or United States Mail, postage pre-paid, to the following persons:

Rebecca C. Blair
1608 Westgate Circle, Suite 100
Brentwood, TN 37027
(615) 953-1122
rblair@blair-law.com
*Attorney for Plaintiff Rebecca R. Baker*

Alaric A. Henry
Luther Anderson, PLLP
Suite 700, One Union Square
100 W. Martin Luther King Blvd.
P.O. Box 151
Chattanooga, TN 37401
(423)756-5034
aah@lutheranderson.com
*Attorney for HomeGoods, Inc. and TJX Companies, Inc.*

Raymond Lackey
David J. Sneed & Associates
536 Market Street
Chattanooga, TN 37402
*Attorney for DBS Corporation*

Jefferson C. Orr

**ORIGINAL**

| Putnam _____ County | **STATE OF TENNESSEE CIVIL SUMMONS** page 1 of 1 | **Case Number** 2020 CV 146 |
|---|---|---|

| Rebecca R. Baker | **Vs.** | HomeGoods, Inc. et al. |
|---|---|---|

Served On:

HomeGoods, Inc. _____ Reg Agent. CT Corporation Systems 377 Montvue Rd. Knoxville, TN 37919-5546

You are hereby summoned to defend a civil action filed against you in Circuit _____ Court, Putnam _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 8-13-20 _____

_Jennifer Wilkerson / Mary Koly_
Clerk / Deputy Clerk

Attorney for Plaintiff: Rebecca C. Blair, The Blair Law Firm
1608 Westgate Circle, Suite 100, Brentwood, TN 37027 615-953-1122

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County    Filed 8-13-20 _____

Time 3:34 P___ M

### CERTIFICATION (IF APPLICABLE)

Jennifer Wilkerson, Clerk

By _____ D.C

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____    By: _____
Please Print: Officer, Title

Agency Address _____    Signature _____

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on 8|14|2020 _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant HomeGoods, Inc. . On _____ I received the return receipt, which had been signed by Samartha Sutten on 8|17|2020 _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: 9|11|2020

Signature of Plaintiff _____    Notary Public / Deputy Clerk (Comm. Expires _____ )
Denise Davis, Paralegal with the Blair Law
Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

JULIE T. MOSS
TENNESSEE
NOTARY
PUBLIC
COUNTY OF WILLIAMSON
MY COMM. EXP.
July 11, 2021

*ADA: If you need assistance or accommodations because of a disability, please call _____ ADA Coordinator, at ( ) _____*

Filed _____
Time 10:00 A___ M
Jennifer Wilkerson, Clerk
By _____ D.C

Rev. 03/11



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HomeGoods, Inc.
Reg Agent CT Corp. Systems
300 Montvue Rd
Knoxville, TN 37919 -5546

9590 9402 4794 8344 7805 87

2. Article Number (Transfer from service label)

7016 0600 0001 1401 5413

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Samantha Sutton_    ☐ Agent
                        ☐ Addre

B. Received by (Printed Name)    C. Date of De

AUG 17 2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority
☐ Registe
☐ Registe Deliver
☐ Return Merc
☐ Sign
☐ Re

PS Form 3811, July 2015 PSN 7530-02-000-9053    Dome



USPS TRACKING #

9590 9402 4794 8344 7805 87

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

The Blair Law Firm
1608 Westgate Circle, Ste 100
Brentwood, TN 37027

| Putnam County | STATE OF TENNESSEE CIVIL SUMMONS page 1 of 1 | Case Number 2020CV146 |

Rebecca R. Baker **Vs.** The TJX Companies, Inc. et al.

Served On:

The TJX Companies, Inc. Reg Agent. CT Corporation Systems 377 Montvue Rd. Knoxville, TN 37919-5546

You are hereby summoned to defend a civil action filed against you in Circuit Court, Putnam County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 8 - 13 - 20

Jennifer Wilkerson / Mary Alge
Clerk / Deputy Clerk

Attorney for Plaintiff: Rebecca C. Blair, The Blair Law Firm
1608 Westgate Circle, Suite 100, Brentwood, TN 37027 615-953-1122

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list. Filed 8-13-20

Mail list to _____, _____ Clerk, _____ County

Time 3:34 P M
Jennifer Wilkerson, Clerk
By _____ MLS D.C.

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date: _____ By: _____
Please Print: Officer, Title

Agency Address _____ Signature _____

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on 8/14/2020 , I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant The TJX Companies . On _____ I received the return receipt, which had been signed by Samantha Sutton on 8/17/2020 . The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: 9/11/2020

Notary Public / Deputy Clerk (Comm. Expires )

Denise Davis, Paralegal with the Blair Law Firm
Plaintiff's Attorney (or Person Authorized to Serve Process)

Signature of Plaintiff

(attach return receipt on back)

JULIE T. MOSS
TENNESSEE
NOTARY
PUBLIC
My Comm Exp ___
COUNTY OF WILLI___

ADA: If you need assistance or accommodations ___ disability, please call _____ Coordinator, at ( ) _____

Filed _____
Time _____ M
Jennifer Wilkerson, Clerk
By _____ D.C.

Rev. 03/11

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The T Jb Companies Inc.
Reg Agent CT Corp. Systems
300 Montvue Rd
Knoxville, TN 37919-5546

9590 9402 4794 8344 7806 17

2. Article Number (Transfer from service label)

7016 0600 0001 1401 5406

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Samantha Sutton
☐ Agent
☐ Addressee

B. Received by (Printed Name)  AUG 17 2020  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**USPS TRACKING #**

9590 9402 4794 8344 7806 17

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•



The Blair Law Firm
1608 Westgate Circle, Ste 100
Brentwood, TN 37027

**ORIGINAL**

| Putnam _____ County | **STATE OF TENNESSEE** **CIVIL SUMMONS** page 1 of 1 | Case Number 2020CV146 |
| --- | --- | --- |

| Rebecca R. Baker | **Vs.** | Rise Partners, LLC, et al. |
| --- | --- | --- |

Served On:
Rise Partners, LLC          Reg Agt Patrick Mitchell Suite 1200 832 Georgia Ave. Chattanooga, TN 37402-1287

You are hereby summoned to defend a civil action filed against you in Circuit _____ Court, Putnam _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued:  8 - 13-20

_Jennifer Wilkerson / MaryJLeger_
Clerk / Deputy Clerk

Attorney for Plaintiff:    Rebecca C. Blair, The Blair Law Firm
1608 Westgate Circle, Suite 100, Brentwood, TN 37027 615-953-1122

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Filed  8 - 13 - 20
Time  3:34 P  M
Jennifer Wilkerson, Clerk
By _____

Mail list to _____ , _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____ , _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____          By: _____
Please Print: Officer, Title

Agency Address          Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on  8|14|2020 , I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant Rise Partners, LLC . On _____ I received the return receipt, which had been signed by Jose Vazquez on  8|17|2020 . The return receipt is attached to this original summons to be filed by the Court Clerk.

Date:  9|11|2020

_JSM_
Notary Public / Deputy Clerk (Comm. Expires _____ )

_Denise Davis, Paralegal, the Blair Law Firm_
Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

Signature of Plaintiff

JULIE T. MOSS
TENNESSEE
NOTARY
PUBLIC
My Comm Exp July 11, 2021
COUNTY OF WILLIAM

_ADA: If you need assistance or accommodations because of a disability, please call _____ ADA Coordinator, at ( ) _____ ._

Filed
Time
Jennifer Wilkerson, Clerk
By _____

Rev. 03/11



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rise Partners, LLC
Reg. Agt Patrick Mitchell
Suite 1200
832 Georgia Ave.
Chattanooga TN 37402-1287

9590 9402 4794 8344 7805 94

2. Article Number *(Transfer from service label)*

016 0600 0001 1401 5369

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
C. Date of Delivery
AUG 17 2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPS 37402

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**





9590 9402 4794 8344 7805 94

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box●

The Blair Law Firm
1608 Westgate Circle, Ste 100
Brentwood, TN 37027

# STATE OF TENNESSEE
# CIVIL SUMMONS
page 1 of 1



Case Number
2020CV146

Rebecca R. Baker    **Vs.**    DBS Corporation et al.

Served On:

DBS Corporation     Reg Agt George T. Bright, Suite 400, 537 Market St. Chattanooga, TN 37402 -1287

You are hereby summoned to defend a civil action filed against you in **Circuit** _____ Court, **Putnam** _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: **8 -13 20**

_Jennifer Wilkinson / Mary A Lger_
Clerk / Deputy Clerk

Attorney for Plaintiff:   Rebecca C. Blair, The Blair Law Firm
1608 Westgate Circle, Suite 100, Brentwood, TN 37027 615-953-1122

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

Filed **8 - 13 - 20**
Time **3:34** p M

Jennifer Wilkerson, Clerk
By _____ **MP** D.C

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____    By: _____
Please Print, Officer, Title

Agency Address     Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on **8/4/20**, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant **DBS Corp**. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk. did not receive

Attorney Raymond Lackey has confirmed service of process as of 9/11/20

Date: **9/11/20**

Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff     Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

_ADA: If you need assistance or accommodations because of a disability, please call_ _____ _ADA Coordinator, at ( )_ _____.

JULIE T. MOSS
TENNESSEE
NOTARY
PUBLIC
July 11, 2021
COUNTY OF WILLIAMSON

Filed _____
Time _____ M
Jennifer Wilkerson, Clerk
By _____ D.C

_Rev. 03/11_

**ORIGINAL**

| Putnam ___ County | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 1 | **Case Number**<br>2020CV146 |
|---|---|---|

| Rebecca R. Baker | **Vs.** | RP Jackson Plaza, LLC, et al. |
|---|---|---|

Served On:

RP Jackson Plaza, LLC  Reg Agent. Geoffrey W. Smith Volunteer Blding. Suite 507 832 Georgia Ave. Chattanooga, TN 37402

You are hereby summoned to defend a civil action filed against you in Circuit ___ Court, Putnam ___ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 8-13-20

Clerk / Deputy Clerk

Attorney for Plaintiff: Rebecca C. Blair, The Blair Law Firm
1608 Westgate Circle, Suite 100, Brentwood, TN 37027 615-953-1122

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you should have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Filed 8-3-20 M

Mail list to _____, _____ Clerk, _____ County

Time 3:34 M
Jennifer Wilkerson, Clerk
By ___ D.C

**CERTIFICATION (IF APPLICABLE)**

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

Filed 9-10-20
Time 9:00 A M
Jennifer Wilkerson, Clerk
By ___ D.C

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____  By: _____
Please Print: Officer, Title

Agency Address  Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on 8/14/2020 ___, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant RP Jackson Plaza, LLC. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

I received the green card back. The return receipt is attached with no signature. The return receipt is attached to this original summons to be filed by the court clerk.

Date: 9/14/2020

Signature of Plaintiff

Notary Public / Deputy Clerk (Comm. Expires _____ )

M MD Denise Davis, Paralegal for the Blair law Firm
Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

JULIE T. MOSS
TENNESSEE
NOTARY
PUBLIC
My Comm. Exp.
July 11, 2021
COUNTY OF WILLIAMSON

ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) ___ .

Rev. 03/11

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

1. Article Addressed to:

RP Jackson Plaza, LLC
Registered Agent
Geoffrey W. Smith
Volunteer Building Ste 507
832 Georgia Ave, Chattanooga, TN 37402-2225

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 4794 8344 7806 00

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7018 0600 0001 1401 5376

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



USPS TRACKING #

9590 9402 4794 8344 7806 00

**United States Postal Service**

| | | |
|---|---|---|
| | **First-Class Mail** Postage & Fees Paid USPS Permit No. G-10 | |

• Sender: Please print your name, address, and ZIP+4® in this box•

The Blair Law Firm
1608 Westgate Circle, Ste 100
Brentwood, TN 37027

ORIGINAL

| Putnam          County | **STATE OF TENNESSEE** | Case Number |
|---|---|---|
| | **CIVIL SUMMONS** | 2020CV146 |
| | page 1 of 1 | |
| Rebecca R. Baker | **Vs.** Artech Design Group, Inc. et al. | |

Served On:

Artech Design Group, Inc.Reg Agt David Hudson 1410 Cowart St. Chattanooga, TN 37408-1113

You are hereby summoned to defend a civil action filed against you in **Circuit** Court, **Putnam** County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: **8-13-20**

*Jennifer Wilkerson / May H. Ga*
Clerk / Deputy Clerk

Attorney for Plaintiff: Rebecca C. Blair, The Blair Law Firm
1608 Westgate Circle, Suite 100, Brentwood, TN 37027 615-953-1122

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

Filed **8-13-20**
Time **3:34** M
Jennifer Wilkerson, Clerk
By _____

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____

By: _____
Please Print: Officer, Title

_____
Agency Address

_____
Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on **8/4/2020** , I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant **Artech Design Group** . On **9/21/2020** I received the return receipt, which had been signed by **David Hudson** on **unknown date** . The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: **9/22/2020**

JULIE T. MOSS
TENNESSEE
NOTARY
PUBLIC
COUNTY OF WILLIAMSON
Comm. Exp. July 11, 2021

_____
Signature of Plaintiff

Notary Public / Deputy Clerk (Comm. Expires _____)

Denise Davis, Paralegal for the Blair Law Firm
Plaintiff's Attorney (or Person Authorized to Serve Process)

(Attach return receipt on back)

*ADA: If you need assistance or accommodation because of a disability, please call _____ ADA Coordinator, at _____*

Filed _____ M
Time _____
Jennifer Wilkerson, Clerk
By _____ D.C

Rev. 03/11



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ArtechDesignGroup Inc.
RegAgent David Hudson
1410 Cowart St.
Chattanooga TN 37408-1113

9590 9402 4794 8344 7805 25

70

PS Fo

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

CHATTANOOGA TN
AUG 26 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

USPS 3

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

IN THE CIRCUIT COURT OF PUTNAM COUNTY, TENNESSEE

| | | |
|---|---|---|
| REBECCA R. BAKER, | ) | |
| | ) | DOCKET NO: 2020-CV-146 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOMEGOODS, INC., THE TJX | ) | |
| COMPANIES, INC., RP JACKSON | ) | |
| PLAZA, LLC, RISE PARTNERS, LLC, | ) | |
| DBS CORPORATION, and ARTECH | ) | |
| DESIGN GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Filed 9-17-20
Time 12:00 P M
Jennifer Wilkerson, Clerk
By_____ D.C

## HOMEGOODS, INC. AND THE TJX COMPANIES, INC. ANSWER TO COMPLAINT

COMES now the Defendants, HomeGoods, Inc. and The TJX Companies, Inc., and for Answer to the Summons and Complaint avers as follows:

1.  The Complaint fails to state a cause of action upon which relief can be granted.

2.  These Defendants are without information sufficient to admit or deny the allegations of Paragraph 1 of the Complaint.

3.  The allegations in Paragraph 2 of the Complaint are admitted.

4.  The allegations in Paragraph 3 of the Complaint are admitted.

5.  The allegations in Paragraph 4 of the Complaint are denied.

6.  These Defendants are without information sufficient to admit or deny the allegations in Paragraphs 5 through 8 of the Complaint.

7.  It is admitted that HomeGoods, Inc. operated a store as described in Paragraph 9 of the Complaint, but it is denied they owed the store.

8.  The allegations in Paragraph 10 of the Complaint are denied.

9. These Defendants are without sufficient information to admit or deny the allegations in Paragraphs 11 through 14 of the Complaint as stated.

10. The allegations in Paragraph 15 of the Complaint provide insufficient information as to what act by what employee it is directed. However, to the extent that the allegations suggests or imply any negligent act by these defendants in the course and scope of employee, such allegations are specifically denied.

11. It is acknowledged upon information belief that Ms. Baker was a customer at the time of the accident as stated in Paragraph 16 of the Complaint.

12. Upon information belief is admitted that Ms. Baker was injured on or around August 17, 2019 as described in Paragraph 17 in the Complaint.

13. These Defendants are without information as to the extent of Plaintiff's injuries as described in Paragraph 18 the Complaint and strict proof thereof is demanded.

14. The allegations in Paragraph 19 of the Complaint are denied.

15. The allegations in Paragraphs 20 through 23 of the Complaint as described are denied.

16. It is denied that HomeGoods Inc. and TJX Companies, Inc. are responsible for the construction, creation, or design of the door stop that is alleged to have caused the alleged fall.

17. It is averred that HomeGoods and TJX had no prior knowledge of any alleged dangerous condition existing on the premises. Further it is denied that TJX Companies Inc. owns or operates the store that is subject of the allegations of the complaint.

18. It is averred in the alternative that the Plaintiff was negligent in looking out for her own safety as it relates to the doorstop, as a result Plaintiff is barred under the doctrine of comparative negligence/comparative fault.

19. It is averred that no alleged action or inaction on behalf of these Defendants was the proximate or legal cause of any alleged injury, damage, or loss as claimed by the Plaintiff.

20. These Defendants reserve the right to amend and to assert further defenses as the evidence should support.

21. Any and all allegations of the Complaint not heretofore admitted, denied, controverted, placed at issue, or otherwise explained are hereby denied as though specifically denied herein.

Now having answered as fully and completely as required by law, this defendant prays to be hence dismissed with the costs to be taxed against the plaintiff and further, the defendants request a jury of twelve (12) to try the issues when joined.

Respectfully submitted,

**LUTHER - ANDERSON, PLLP**

BY:_____

ALARIC A. HENRY, BPR# 14885
KELSEY E. KEEF, BPR# 037569
*Attorneys for HomeGoods and TJX*
One Union Square, Suite 700
100 W. Martin Luther King Blvd.
Chattanooga, Tennessee 37402
(423) 756-5034
(423) 265-9903 (fax)
aah@lutheranderson.com
kek@lutheranderson.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following named person with a true and exact copy of this Answer by placing same in the United States Mail, addressed to said counsel at his/her office with sufficient postage thereupon to carry the same to its destination at the following address:

Rebecca C. Blair
The Blair Law Firm
1608 Westgate Circle, Suite 100
Brentwood, TN 37027

Jefferson C. Orr
Smith Cashion & Orr, PLC
3100 West End Avenue
Suite 800 - One American Center
Nashville, TN 37203

Raymond D. Lackey
David J. Sneed & Associates
6640 Carothers Parkway, Suite 200
Franklin, TN 37067

This _____ day of _____, 2020.

LUTHER - ANDERSON, PLLP

BY:_____

IN THE CIRCUIT COURT FOR PUTNAM COUNTY, TENNESSEE
AT COOKVILLE

| | |
|---|---|
| REBECCA R. BAKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    **DOCKET NO.: 2020-CV-146** |
| | )    **JURY DEMAND** |
| | ) |
| HOMEGOODS, INC., THE TJX | ) |
| COMPANIES, INC., RP JACKSON | ) |
| PLAZA, LLC, RISE PARTNERS, LLC, | ) |
| DBS CORPORATION, and ARTECH | ) |
| DESIGN GROUP, INC. | ) |
| | ) |
|     Defendants. | ) |

Filed 9-24-20
Time 9:38 A M
Jennifer Wilkerson, Clerk
By_____ D.C

### ANSWER

    Comes the Defendant, DBS Corporation, and for answer to the Complaint filed against it would respectfully show the Court as follows:

    1.    Defendant is without sufficient knowledge or information to answer the allegations contained in Paragraphs 1 through 4 of the Complaint and therefore neither admits nor denies same but demands strict proof thereof.

    2.    Defendant admits the allegations contained in Paragraph 5 of the Complaint.

    3.    Defendant is without sufficient knowledge or information to answer the allegations contained in Paragraph 6 of the Complaint and therefore neither admits nor denies same but demands strict proof thereof.

    4.    Defendant admits the allegations contained in Paragraph 7 and 8 of the Complaint.

    5.    Defendant is without sufficient knowledge or information to answer the allegations contained in Paragraphs 9 and 10 of the Complaint and therefore neither admits nor denies same but demands strict proof thereof.

6.     In regard to the allegations contained in Paragraph 11 of the Complaint, Defendant admits that RP Jackson Plaza, LLC owned the building in question. Defendant is without sufficient knowledge or information to answer all further allegations contained in Paragraph 11 of the Complaint and therefore neither admits nor denies same but demands strict proof thereof.

7.     Defendant is without sufficient knowledge or information to answer the allegations contained in Paragraph 12 of the Complaint and therefore neither admits nor denies same but demands strict proof thereof.

8.     In regard to the allegations contained in Paragraph 13 of the Complaint, Defendant admits that it was the general contractor for the project in question. Defendant states that it has a general duty to perform its work in a reasonably safe manner in light of the attending circumstances.

9.     In regard to the allegations contained in Paragraph 14 of the Complaint, Defendant admits that Artech Design Group, Inc. was the architect for the project in question. Defendant is without sufficient knowledge or information to answer all further allegations contained in Paragraph 14 of the Complaint and therefore neither admits nor denies same but demands strict proof thereof.

10.    Defendant is without sufficient knowledge or information to answer the allegations contained in Paragraph 15 of the Complaint and therefore neither admits nor denies same but demands strict proof thereof.

11.    Defendant denies the allegations contained in Paragraph 16 of the Complaint of the Complaint as they apply to this defendant.

12.    Defendant is without sufficient knowledge or information to answer the allegations contained in Paragraphs 17 and 18 of the Complaint and therefore neither admits nor denies same but demands strict proof thereof.

13.    Defendant denies the allegations contained in Paragraph 19 of the Complaint

2

14.     Defendant denies the allegations contained in Paragraphs 20 through 23 of the Complaint of the Complaint as they apply to this defendant.

15.     All allegations of the Complaint not specifically admitted, denied or explained are here and now generally denied as though specifically denied.

## AFFIRMATIVE DEFENSES

16.     All injuries and damages allegedly sustained by Plaintiff were solely caused by her own negligence in failing to keep a proper lookout, failing to note or avoid a condition that was there to be seen, failing to watch where she was walking or stepping and failing to maintain adequate control of her safety thus barring her claims for relief.

17.     Place Services, Inc. performed construction work in the area where Plaintiff fell including the placement of the doorstop in question. Place Services, Incorporated may be at fault for Plaintiff's accident and alleged injuries. The registered agent for Place Services, Incorporated is Corporation Service Company, 2908 Poston Avenue, Nashville, Tennessee 37203-1312.

18.     Defendant asserts the Doctrine of Comparative Fault and thus the liability for the alleged injuries and damages should be apportioned among the parties or entities at fault in proportion to their respective negligence. If the negligence of Plaintiff is deemed to constitute fifty percent (50%) or more of the combined negligence causing the alleged injuries and damages, the claims for relief of Plaintiff are barred.

Wherefore, Defendant DBS Corporation, having fully answered the Complaint filed against it, requests that it be dismissed with costs taxed to the Plaintiff. Defendant further demands a jury of twelve (12) persons to try this cause.

3

Respectfully submitted,

_____
Raymond D. Lackey                    #11032
Attorney for Defendant DBS Corporation
David J. Sneed & Associates
**Mailing Address**: P.O. Box 2903
Hartford, CT 06104-2903
**Physical Address**: 6640 Carothers Parkway, Suite 200
Franklin, TN 37067
615-660-6202
rlackey@travelers.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been mailed, by U.S. Mail, postage pre-paid, to Ms. Rebecca C. Blair, Attorney for Plaintiff, 1608 Westgate Circle, Suite 100, Brentwood, Tennessee 37027; Mr. Jefferson Orr, Attorney for Defendant Artech Design Group, Inc., Smith, Cashion & Orr, PLC, 3100 West End Avenue, Nashville, TN 37203; Mr. Alaric A. Henry, Attorney for Defendants, HomeGoods, Inc. and TJX Companies, Inc., Luther-Anderson PLLP, 100 W. Martin Luther King Blvd., Suite 700, P.O. Box 151, Chattanooga, TN 37401-0151on this the 22nd day of September, 2020.

_____
Raymond D. Lackey

4

IN THE CIRCUIT COURT FOR PUTNAM COUNTY, TENNESSEE
AT COOKEVILLE

REBECCA R. BAKER,                            )
                                             )
        Plaintiff,                           )
                                             )
vs.                                          )     No. 71CC1-2020-CV-146
                                             )     JURY DEMAND
HOMEGOODS, INC., THE TJX                     )
COMPANIES, INC., RP JACKSON                  )
PLAZA, LLC, RISE PARTNERS, LLC,              )
DBS CORPORATION, and ARTECH                  )
DESIGN GROUP, INC.                           )
                                             )
        Defendants.                          )

**NOTICE OF VOLUNTARY NON-SUIT OF DEFENDANT TJX COMPANIES, INC.**

Comes now Plaintiff, Rebecca R. Baker, by and through counsel and pursuant to Rule

41.01 of the Tennessee Rules of Civil Procedure and respectfully gives notice of her voluntary

dismissal without prejudice of the claims against Defendant TJX Companies, Inc.

                            Respectfully submitted,

                            Rebecca C. Blair, BPR #017939
                            The Blair Law Firm
                            1608 Westgate Circle, Suite 100
                            Brentwood, Tennessee 37027
                            (615) 953-1122 – office
                            (615) 953-1121 – facsimile
                            rblair@blair-law.com
                            *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via U.S. mail, postage prepaid, and properly addressed to:

Alaric A. Henry, Esq.
Luther - Anderson, PLLP
One Union Square, Suite 700
100 West Martin Luther King Blvd
Chattanooga, TN 37402
*Attorney for Defendants HomeGoods, Inc.*
*& The TJX Companies, Inc.*

Raymond Lackey, Esq.
David J. Sneed & Associates
P.O. Box 2903
Hartford, CT 06104-2903
*Attorney for Defendant DBS Corporation*

Mary Dee Allen, Esq.
Wimberly Lawson Wright Daves &
Jones, PLLC
1420 Neal Street, Suite 201
Cookeville, TN 38503-0655
*Attorneys for Defendants RP Jackson*
*Plaza, LLC & Rise Partners, LLC*

Jefferson C. Orr, Esq.
Smith Cashion & Orr, PLC
3100 West End Avenue
Suite 800 - One American Center
Nashville, TN 37203
*Attorney for Defendant Artech Design*
*Group, Inc.*

this 5 day of October 2020.

_____
Rebecca C. Blair