UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| REBECCA R. BAKER, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-00064 |
| HOMEGOODS, INC., et al., | ) |
| Defendants. | ) |

## ORDER

HomeGoods, Inc. ("HomeGoods") removed this personal injury action based on diversity of citizenship. 28 U.S.C. §§ 1332, 1441. (Doc. No. 1.) Pending before the Court is HomeGoods motion to remand due to lack of complete diversity of citizenship. (Doc. No. 6.) Plaintiff agrees (Doc. No. 7) and the Court concurs.

Accordingly, HomeGoods' Motion to Remand (Doc. No. 6) is **GRANTED** and this action is **REMANDED** to the Circuit Court of Putnam County, Tennessee.

The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE